```
Edward R. Litwin, SB #57635
Christina H. Lee, SB #230883
Litwin & Associates, A Law Corporation
1435 Huntington Ave, Suite 336
South San Francisco, CA  94080
```

FILED
2007 JUN -4 P 4: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lin SHEN

    Plaintiff(s),

v.

Chertoff et. al

    Defendant(s).

No. C 07-2651 PVT

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6/1/07

Signature
Christina H. Lee
Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")

## CERTIFICATE OF SERVICE

I, Lisa Teofilo, declare:

That I am over the age of 18 and not a party to this action. My business address is 1435 Huntington Ave, Suite 336, South San Francisco, CA 94080.

On  06/01/2007,  I served a true copy of the following document:

- Consent to Proceed Before a United States Magistrate Judge.

By sending said copy in a sealed envelope, with postage fully paid thereon, by first class certified mail to the following addresses:

> Office of the U.S. Attorney
> Northern District of California
> ATTN.: Civil Process Clerk
> 450 Golden Gate Avenue
> P.O. Box 36055
> San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of June, 2007, at _____South San Francisco_____, California.

*Lisa Teofilo*
Lisa Teofilo

Certificate of Service
Lin SHEN, C 07-2651