| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LIN SHEN, | ) | |
| | ) | No. C 07-2651 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS; and** |
| MICHAEL CHERTOFF, Secretary; | ) | **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, CIS; | ) | |
| ROSEMARY MELVILLE, District Director; | ) | |
| FRANK SICILIANO, Field Office Director, | ) | |
| Department of Homeland Security; | ) | |
| ROBERT S. MULLER, Director, | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-2651 PVT                    1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: July 17, 2007                              Respectfully submitted,

4                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
5

6
                                                     _____/s/_____
7                                                    ILA C. DEISS
                                                     Assistant United States Attorney
8                                                    Attorney for Defendants

9

10 Dated: July 17, 2007                              _____/s/_____
                                                     EDWARD R. LITWIN
11                                                   CHRISTINA LEE
                                                     Attorneys for Plaintiff
12

13

14                                  **ORDER**

15     Pursuant to stipulation, IT IS SO ORDERED.

16

17
   Date: _____
18                                                   PATRICIA V. TRUMBULL
                                                     United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2651 PVT                              2