1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 LIN SHEN,                              )
                                          ) No. C 07-2651 PVT
13                 Plaintiff,             )
                                          )
14         v.                             )
                                          ) **STIPULATION TO DISMISS; and**
15 MICHAEL CHERTOFF, Secretary;           ) **[PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, CIS;     )
16 ROSEMARY MELVILLE, District Director;  )
   FRANK SICILIANO, Field Office Director,)
17 Department of Homeland Security;       )
   ROBERT S. MULLER, Director,            )
18 Federal Bureau of Investigation,       )
                                          )
19                 Defendants.            )
   _____)
20

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants in

22 this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

23 further proceedings in the case, including trial, and order the entry of a final judgment.

24     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

25 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

26 action without prejudice in light of the fact that the United States Citizenship and Immigration

27 Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

28 within 30 days of the dismissal of this action.

Stipulation to Dismiss
C07-2651 PVT                                       1

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: July 17, 2007                                  Respectfully submitted,

4                                                        SCOTT N. SCHOOLS
                                                         United States Attorney
5

6
                                                         _____/s/_____
7                                                        ILA C. DEISS
                                                         Assistant United States Attorney
8                                                        Attorney for Defendants

9

10 Dated: July 17, 2007                                  _____/s/_____
                                                         EDWARD R. LITWIN
11                                                       CHRISTINA LEE
                                                         Attorneys for Plaintiff
12

13

14                                    **ORDER**

15    Pursuant to stipulation, IT IS SO ORDERED.

16

17
   Date: July 23, 2007                                   _____
18                                                       PATRICIA V. TRUMBULL
                                                         United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2651 PVT                                    2